RECEIVED

AUG 1 7 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PEARL PAULINE FRUCHTMAN | MISC. CASE NO. 6:17-mc-155 |
| | RELATED CASE NO. 13-373 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Pearl Pauline Fruchtman, as surviving spouse and Derivative Claimant of the Estate of Charles Fruchtman is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this 17th day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE